UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOHN HORRELL, et al., | |
| Plaintiffs, | Case No. 1:09-cv-951 |
| and | Honorable Paul L. Maloney |
| PRIORITY HEALTH, | |
| Intervening Plaintiff, | |
| v. | **JUDGMENT ON INTERVENOR'S COMPLAINT** |
| CEC ENTERTAINMENT, INC., d/b/a CHUCK E. CHEESE, | |
| Defendant. | |

In accordance with the Opinion entered this day:

IT IS ORDERED and ADJUDGED that Plaintiffs' Motion for Summary Judgment (docket # 92), joined by defendant (docket # 94), be and hereby is **GRANTED**.

IT IS FURTHER ORDERED and ADJUDGED that judgment is hereby entered against Priority Health denying relief on its Intervenor's complaint and in favor of plaintiffs and defendant.


Date:  October 18, 2011                                    /s/ Joseph G. Scoville
                                                           JOSEPH G. SCOVILLE
                                                           United States Magistrate Judge